Hankel Printing Company, appellant, v. A. B. Messer et al., appellees.   Gen. 31,873.

Action to recover balance due on guaranty of payment. Judgment for defendants. Appeal from the Municipal Court of Chicago; the Hon. Joseph W. Schulman, Judge, presiding. Heard in the first division of this court for the first district at the March term, 1927. Reversed and remanded. Opinion filed October 10, 1927.

William J. Sheridan, for appellant. W. A. Cannon, for appellees.

Mr. Presiding Justice Matchett delivered the opinion of the court.

---

Edward S. Foster and William W. Tibbits, trading as Foster & Tibbits, appellees, v. John A. Carroll, appellant.   Gen. No. 31,879.

Action on account stated for services rendered. Judgment for plaintiffs. Appeal from the Municipal Court of Chicago; the Hon. William E. Viner, Judge, presiding. Heard in the first division of this court for the first district at the March term, 1927. Affirmed. Opinion filed October 10, 1927.

Coburn, Kearney & Coburn, for appellant. Henry R. Baldwin, for appellees.

Mr. Presiding Justice Matchett delivered the opinion of the court.

---

A. L. Geidel, appellee, v. Jacob Lieberman, trading as Medinah Pharmacy, appellant.   Gen. No. 31,888.

Action for personal injury from drug furnished contrary to order. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. R. R. Fowler, Judge, presiding. Heard in the first division of this court for the first district at the March term, 1927. Affirmed. Opinion filed October 10, 1927.

Hyman Soboroff, for appellant. Laurence M. Fine and Nathan Packler, for appellee.

Mr. Presiding Justice Matchett delivered the opinion of the court.

---

James T. DeVere, appellee, v. Bridget Rabbit, appellant.   Gen. No. 31,897.

Action for attorney's fees. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Philip J. Finnegan, Judge, presiding. Heard in the first division of this court for the first district at the March term, 1927. Affirmed. McSurely, J., dissents. Opinion filed October 10, 1927.

Edward R. Weinstein, for appellant. George McMahon, for appellee.

Mr. Presiding Justice Matchett delivered the opinion of the court.

---

Lewis H. Feldman, appellant, v. Charles A. Burke and Mae Burke, appellees.   Gen. No. 31,910.

Action for rent. Judgment for defendants. Appeal from the Municipal Court of Chicago; the Hon. Daniel P. Trude, Judge, presiding. Heard in the first district of this court for the first district at the March term, 1927. Affirmed. Opinion filed October 10, 1927.

William Feldman, for appellant. No appearance for appellees.

Mr. Presiding Justice Matchett delivered the opinion of the court.